**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael Tyson, et al.

                    Plaintiff,

v.                                                     Case No.: 1:25–cv–15462
                                                       Honorable Elaine E. Bucklo

Chad Bronstein, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, April 10, 2026:


       MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's opposed motion for leave to amend the complaint [40] and motion for leave to file under seal [42] is granted. Defendants Chad Bronstein and Nicole Cosby's motion for partial summary judgment [32] and Defendants Chad Bronstein, Nicole Cosby, Adam Wilks, and James Case's motion to dismiss Plaintiffs' Complaint pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) [35] and its briefing schedule and ruling date are moot. Scheduling Conference set for 5/14/2026 at 9:45 a.m. (to track the case only; no appearances will be required). Parties to submit a revised joint Rule 26(f) report by 5/7/2026. The court will enter an order based on the report. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.